IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               **Plaintiff,**<br><br>     v.<br><br>CHRISTOPHER MICHAEL GONZALEZ-AGUILERA,<br><br>               **Defendant.** | Case No. 3:08-cr-00231-JO-1<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

JONES, District Judge:

      This matter is before the Court on the parties' Joint Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective no sooner than 10 days after the entry of the Amended Judgment. The term of imprisonment shall be followed by a two-year term of supervised release, with the conditions previously set forth in the judgment and the additional conditions that the defendant shall reside at the Northwest Regional Reentry Center for the first 120 days of supervised release, followed by a period of home confinement until December 14, 2022.

      The Court concludes that this sentence reduction is consistent with the sentencing factors set forth under 18 U.S.C. § 3553(a).

Page 1        ORDER GRANTING MOTION TO REDUCE SENTENCE

The Court therefore GRANTS the Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until 10 days after it is entered on the docket.

Dated this 25th day of May, 2021.

    /s/ Robert E. Jones
Hon. Robert E. Jones
United States District Court Judge